AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means     ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

In the Matter of the Search of    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*    )    Case No.  1:25-mj-285-TAB
The Premises at 13461 Shakamac Drive, Carmel,    )
Indiana 46032 and Described in Attachment A-6    )
    )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    Indiana
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-6, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-6, which is incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    April 4, 2025    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any Criminal Duty Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    3/21/2025 @ 2:45 p.m.


Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state:    Indianapolis, IN

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 1:25-mj-285-TAB | Date and time warrant executed: 3/28/2025 8:15 AM | Copy of warrant and inventory left with: Niarli Ma, Jackie Bennett |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

1) Rose gold iPhone 5 - model A1633
2) Black iPhone with black case
3) External hard drive
4) Notebook & papers of interest
5) IU ID & set of keys
6) Paperwork
7) Contents of Michael Kors blue purse
8) Papers, IDs, etc.
9) Shredded paper in sealed storage bag
10) Partnership agreement w/ tech company
11) Passwords & property information
12) SD card & 2 SIM cards
13) Kuala Lumpur receipt
14) Flight tickets
15) Official documents & passports
16) Diploma
17) Misc. contents of grey purse
18) Visa receipt
19) Purple folder w/ travel documents
20) Misc. papers & receipts
21) Papers
22) Immigration documents
23) Misc. paperwork
24) Misc. paperwork
25) Red folder w/ travel documents
26) Misc. receipts from China & notebook
27) California HOA papers & 2023 China receipts
28) California property receipts & bank documents
29) Printed Google emails
30) Misc. documents & certificate
31) Professor itinerary & business card
32) Dell laptop & charging cable
33) Black hard drive (WD Elements)
34) Misc. documents
35) Huawei cell phone
36) White paper w/ hand-written notes
37) Travel & bank documents
38) Travel documents in black folder
39) Boarding pass & hotel receipt
40) Apple MacBook laptop
41) Misc. papers
42) Florida condo documents

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/2025

_____
Executing officer's signature

SA Tyler Creer
_____
Printed name and title